UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORENA MARISCAL VELASQUEZ,<br><br>Defendant. | Case No. 1:16-cr-00009-DAD-BAM-5<br><br><br>SEALING ORDER |

The court having considered Dale A. Blickenstaff, attorney for Defendant, Lorena Mariscal Velasquez, request to seal document (Doc. 130) and the psychological assessment of Dr. Claudia Cerda of the defendant, the court finds compelling reasons for the filing of the document under seal, therefore, the defendant's request is granted. The Psychological Assessment of Dr. Claudia Cerda of defendant shall be filed under seal until further order of the court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

IT IS SO ORDERED.

Dated: **May 2, 2018**

_____
UNITED STATES DISTRICT JUDGE

1