**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant, LORENA VELASQUEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )   **Case No.: 1:16-CR-00009 DAD/BAM** |
| **Plaintiff,** | ) <br> )   **STIPULATION TO CONTINUE** <br> )   **HEARING ON MOTION TO ADMIT** |
| **vs.** | )   **EVIDENCE REGARDING DEFENSE OF** <br> )   **DURESS BASED ON BATTERED** <br> )   **WOMAN'S SYNDROME** |
| **LORENA VELASQUEZ, et al.** | ) |
| **Defendants.** | )   **DATE:**     **September 3, 2019** <br> )   **TIME:**     **10:00 a.m.** |
| | )   **JUDGE:**   **Hon. Dale Drozd** |

It is hereby stipulated by and between McGregor Scott, United States Attorney and Kathleen Servatius, Assistant U.S. Attorney and Dale Blickenstaff, Attorney for Defendant, Lorena Velasaquez, and James Homola, Attorney for Defendant Melissa Velasquez, that the hearing date of September 3, 2019, at 10:00 a.m. before the Honorable Dale Drozd be continued to January 27, 2019, at 10:00 a.m.

The trial of the above matter has been continued to March 17, 2020 at 1:00 p.m., with trial confirmation on February 24, 2020 at 10:00 a.m. The reason for the continuance of the trial was to allow sufficient time for the government to obtain an expert witness, arrange for the expert to examine the defendants, and then evaluate the viability of the legal defense. There would not be sufficient time for the government to accomplish those tasks before the hearing date currently set.

///

Dated: August 27, 2019                    Respectfully submitted,


                                          By    /s/ James Homola
                                          JAMES HOMOLA, Attorney for Defendant Melissa
                                          Velasquez


                                          By    /s/ Kathleen Servatius
                                          KATHLEEN SERVATIUS, AUSA


                                          By    /s/  Dale A. Blickenstaff
                                          DALE A BLICKENSTAFF, Attorney for
                                          Defendant, LORENA VELASQUEZ



                              **<u>ORDER</u>**

        The Court has reviewed and considered the stipulation of the parties to continue the hearing

in this case.  Good Cause appearing, the hearing is as to Lorena Velasquez and Melissa Velasquez

currently set for September 3, 2019, is continued to January 27, 2020, at 10:00 a.m.

        IT IS SO ORDERED.

                      Dated:  **August 27, 2019**      *Dale A. Drozd*
                                          UNITED STATES DISTRICT JUDGE