MCGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00009 DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE MOTION IN LIMINE HEARING AND ORDER** |
| v. | |
| ANTONIO CASTELLANOS, ET. AL. | Date: January |
| Defendants. | Time: 10:00 a.m.<br>Honorable Dale A. Drozd |

The United States of America, by and through MCGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants Melissa and Lorena Velasquez, by and through their respective attorneys of record, James Homola and Dale Blickenstaff hereby stipulate to continue the motion in limine hearing in this case from January 27, 2020 until February 18, 2020 at 10:00 a.m.

Dated: January 22, 2020
MCGREGOR W. SCOTT
United States Attorney

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: January 22, 2020
/s/ *Dale A. Blickenstaff*
Attorney for Lorena Mariscal Velasquez

1

Dated: January 22, 2020  /s/ *James R. Homola*
Attorneys for Defendant Melissa Velasquez

### **ORDER**

**IT IS SO ORDERED** that the motion in limine set for Monday, January 27, 2020 be continued to Tuesday, February 18, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 23, 2020**

UNITED STATES DISTRICT JUDGE