IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LORENA VELASQUEZ,<br><br>　　　　　　　　Defendant. | **CASE NO. 1:16-CR-0009 DAD-BAM**<br><br>**AMENDED ORDER DISMISSING INDICTMENT**<br>**(Fed.R.Crim.P 48(A))** |

　　　The United States of America, having moved this Court to dismiss the indictment in the above-named case as to defendant LORENA VELASQUEZ only pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

　　　IT IS HEREBY ORDERED that the indictment in the above-captioned case as to LORENA VELASQUEZ only shall be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

　Dated:　**March 2, 2021**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1